UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTAY LAND COMPANY, a Delaware limited liability company, and FLAT ROCK LAND COMPANY, a Delaware limited liability company,<br><br>                                        Plaintiff,<br><br>  v.<br><br>UNITED ENTERPRISES, LTD., a California limited partnership; UNITED ENTERPRISES, INC., a Delaware corporation; JOHN T. KNOX; THE OTAY RANCH, L.P., a California limited partnership; BALDWIN BUILDERS, a California corporation; SKY COMMUNITIES, INC., a California corporation; SKY VISTA, INC., a California corporation; OLIN CORPORATION, a Virginia corporation; PHIL G. SCOTT; RAY M. ENNISS; and PATRICK J. PATEK,<br><br>                                        Defendant. | Civil No.   03cv2488-BEN (POR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

The Court held a Settlement Conference on September 7, 2006. James Bruen appeared on behalf of Plaintiffs, and Mark Dillon appeared on behalf of Defendant Baldwin Builders. The case did not settle. However, the parties indicated that they are engaged in settlement negotiations. Accordingly, a follow-up Settlement Conference, with James Bruen on behalf of Plaintiffs and Mark Dillon on behalf of Defendant Baldwin Builders, shall be held on **October 10, 2006** at **9:30 a.m.**

///

///

1 | The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendant Baldwin Builders
2 | shall initiate and coordinate the conference call.
3 |      IT IS SO ORDERED.
4 |
5 | DATED: September 13, 2006
6 |
7 |                                       LOUISA S PORTER
                                      United States Magistrate Judge
8 |
9 | cc:    The Honorable Roger T. Benitez
       All parties