<table>
<tr><td>OTAY LAND COMPANY, a Delaware<br>limited liability company, et al.,<br><br>         Plaintiffs,<br><br>   vs.<br><br><br>U.E. LIMITED, L.P., a California limited<br>partnership, et al.,<br><br>         Defendants.</td><td>CASE NO. 03cv2488 BEN (POR)<br><br>**ORDER<br>DENYING PLAINTIFFS'<br>MOTIONS FOR RELIEF<br>PURSUANT TO FRCP 6(b)(2) AND<br>FOR LEAVE TO FILE MOTIONS<br>TO RETAX COSTS; and DENYING<br>PLAINTIFFS' EX PARTE<br>APPLICATION FOR AN ORDER<br>SHORTENING TIME AS MOOT**<br>[Dkt. Nos. 366, 369 & 370]</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Now before the Court are the Plaintiffs' motions for relief from the five-day limit for filing motions to re-tax costs and Plaintiff's motions for leave to file said motions late. Defendants are prevailing parties. Defendants sought and received from the Clerk of Court an Order awarding court costs. Unsatisfied with the Clerk's decision, Plaintiffs sought review before the District Court. Unfortunately, Plaintiffs' motions to re-tax costs with respect to two groups of Defendants (the Olin/Baldwin Defendants and the U.E. Defendants) were rejected for filing deficiencies. Plaintiffs now seek leave to file the motions to re-tax costs late on the basis of excusable neglect. The motions are denied.

Federal Rule of Civil Procedure 54(d)(1) provides a five-day window in which to appeal the decision on court costs rendered by the Clerk of Court. In their own briefs, Plaintiffs state that

1  their attorneys received actual notice on January 12, 2007 and January 16, 2007, that their original
2  motions to re-tax were never filed. Yet, the present motions for relief were not filed until January
3  25, 2007. Even if the failed attempt at the original filing of the motion to re-tax costs is excused,
4  there is no apparent reason why Plaintiffs delayed more than five court days from the receipt of
5  actual notice to file the instant motions. While the first delay might be excusable, the second delay
6  is not.

7  Plaintiffs' motions are Denied. Furthermore, Plaintiffs' Ex Parte Application for an Order
8  Shortening Time to Have Plaintiffs' Motions for Relief is Denied as moot.

9  **IT IS SO ORDERED**.

11  DATED: August 27, 2007

_____
Hon. Roger T. Benitez
United States District Judge